**230**

Gib Callaway, Frederick G. Harmon, Brownwood, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

## OPINION

WOODLEY, Judge.

The offense is negligent homicide, second degree; the punishment, a fine of $3,-000.

The state moved to dismiss the appeal because the record contains no sentence as required by Art. 40.09 C.C.P.

Upon motion of appellant's counsel filed in the trial court directing attention to the fact that no sentence had been pronounced, the trial court on October 17, 1966, pronounced sentence "to take effect nunc pro tunc as of the 15th day of March, 1966, when the judgment was rendered" and certified copies of the motion and sentence were forwarded to this Court to be made a part of the record on appeal.

Art. 42.04 C.C.P. 1965 requires that in all cases other than death penalty and probation cases "sentence shall be pronounced before the appeal is taken."

Art. 42.06 C.C.P., relating to sentence nunc pro tunc, does not authorize the pronouncement of such sentence after an appeal has been taken.

The state's motion is granted and the appeal is dismissed.

---

LeRoy Peavy, Houston, for appellant.

Carol S. Vance, Dist. Atty., James C. Brough, Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

## OPINION

BELCHER, Commissioner.

The appellant waived a jury and pleaded not guilty on January 17, 1966, before the court to the charge of burglary of a private residence in the nighttime with a prior conviction for burglary alleged for enhancement. After the enhancement allegations

were dismissed, the appellant was found guilty and his punishment was assessed at fifteen years.

Notice of appeal was given on February 4, 1966.

No brief, as required by statute, was filed by the appellant in the trial court assigning any ground of error which he desired to present for reversal on appeal. Vernon's Ann.C.C.P. Art. 40.09, Sec. 9.

The brief filed in this court presents nothing for review.

The judgment is affirmed.

Opinion approved by the court.

**Jose Joel RANGEL, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 39874.**

Court of Criminal Appeals of Texas.

Nov. 23, 1966.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

OPINION

WOODLEY, Judge.

The offense is burglary; the punishment, 3 years.

Trial was before the court on January 12, 1966, on a plea of not guilty, a jury being waived as provided in Art. 1.15 C.C.P., 1965.

No motion for new trial having been filed, sentence was pronounced on March 23, 1966, and appellant excepted and gave notice of appeal.

The record on appeal was prematurely forwarded to this Court without having been approved by the trial judge and, upon request, was returned to the trial court.

The record, having been supplemented and approved, was returned to this Court and the case was submitted on appellant's motion to dismiss the appeal.

The supplemental record includes an affidavit of appellant filed in the trial court praying that he be allowed to withdraw his notice of appeal and accept the sentence; and the order of the trial judge granting said motion.

The trial court correctly found in such order that it retained jurisdiction of said cause and had authority to grant the motion and dismiss the appeal by virtue of